# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Crim. Number: 12-795 (MAS) |
| v. | |
| JOSEPH A. GIORGIANNI, | **ORDER** |
| Defendant. | |

This matter comes before the Court upon the Government's application for an in-patient psychological evaluation of the Defendant. The Court conducted oral argument on the application on September 17, 2013. For the reasons set forth on the record, and for other good cause shown,

**IT IS** on this 17th day of September, 2013, **ORDERED** that:

1. The Parties shall meet and confer by **September 18, 2013** regarding the medical records and forms that must be submitted in order for the Bureau of Prisons ("BOP") to select an appropriate facility for the inpatient psychological evaluation.

2. Defendant and his counsel shall complete any required forms and provide copies of required medical documentation by **September 24, 2013**.

3. The Government must ensure that all required forms and documents have been submitted to the BOP by **October 1, 2013**.

4. This matter is scheduled for a telephone status conference on **October 4, 2013** at **11:00 A.M.** Counsel for the Government shall initiate the call to (609) 989-2009.

*[signature]*

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**